UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nathan Christopher Braun,

      Plaintiff,

v.

Paul Schnell, Guy Bosch, and Minnesota Department of Corrections,

      Defendant.

Case No. 21-cv-2561 PJS/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated November 8, 2022, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that

1. Petitioner Nathan Christopher Braun's Application for a Writ of Habeas Corpus by a Person in State Custody arising under 28 U.S.C. § 2254 (Dkt. 1) is **DENIED**;

2. That this action is **DISMISSED WITH PREJUDICE**; and

3. No certificate of appealability shall be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 12/8/22

                                            *Patrick J. Schiltz*
                                            PATRICK J. SCHILTZ
                                            United States Chief District Judge